IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| **FIRST BUSINESS BANK,** | ) | |
| | ) | Case No. 24-00614 jdp |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| **WILLAMETTE RIVER** | ) | |
| **PRINTING, INC., et al,** | ) | |
| | ) | |
| **Defendants.** | ) | |

The Court, having reviewed and considered the Plaintiff First Business Bank's Motion for Default Judgment filed at Docket No. 50 (the "Motion") against Canby Printing, LLC, Corvallis Printing, LLC, Lake Oswego Printing, LLC, North Salem Printing, LLC, Salem Enterprise, LLC, Thomasson Group Franchise Corporation, and Willamette River Printing, Inc. (collectively "Defendants"), and based on the Motion, and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED;

2. Plaintiff is entitled to a money judgment against Defendants Canby Printing, LLC, Corvallis Printing, LLC, Lake Oswego Printing, LLC, North Salem Printing, LLC, Salem Enterprise, LLC, Thomasson Group Franchise Corporation, and Willamette River Printing, Inc., jointly and severally, in the amount of $1,060,643.09;

3. Plaintiff is entitled to an award of attorney fees and expenses in the amount of $41,350.66;

4. Judgment shall be entered against Defendants Canby Printing, LLC, Corvallis Printing, LLC, Lake Oswego Printing, LLC, North Salem Printing, LLC, Salem Enterprise, LLC, Thomasson Group Franchise Corporation, and Willamette River Printing, Inc., jointly and

severally, in the amount of $1,060,643.09 plus attorney fees and expenses in the amount of $41,350.66, for a total of $1,101993.75.

    5.    The clerk of court is directed to enter judgment and close the case.

Dated: AUGUST 7, 2025

JAMES D. PETERSON
United States District Judge